| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Donald Charles Pollauf |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 15-56488 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 8 6

**Date of payment change:** Must be at least 21 days after date of this notice — 04/01/2020

**New total payment:** Principal, interest, and escrow, if any — $ 545.01

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 47.35    New escrow payment: $ 55.56

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   
   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

15-56488-lsg    Doc 44    Filed 02/14/20    Entered 02/14/20 09:33:37    Page 1 of 7

| Debtor 1 | Donald Charles Pollauf | Case number (if known) 15-56488 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 02/14/2020

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

SN Servicing Corporation       Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   February 07, 2020

DONALD POLLAUF                                                                                  Loan: 
7220 MARSH RD                                            Property Address:
MARINE CITY MI  48039                                    7220 MARSH ROAD
                                                         MARINE CITY, MI  48039

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2019 to Mar 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2020: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 489.45 | 489.45 | | Due Date: | Feb 01, 2020 |
| Escrow Payment: | 47.35 | 55.56 | | Escrow Balance: | 542.19 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 94.70 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 111.12 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $525.77 |
| Total Payment: | $536.80 | $545.01 | | | |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 0.00 | 73.96 |
| Apr 2019 | 47.35 | 47.35 | 47.35 |  | * Forced Place Insur | 0.00 | 121.31 |
| Apr 2019 |  | 126.90 |  |  | * Escrow Only Payment | 0.00 | 248.21 |
| Apr 2019 |  |  |  | 56.29 | * Escrow Disbursement | 0.00 | 191.92 |
| May 2019 | 47.35 | 47.35 | 47.35 |  | * Forced Place Insur | 0.00 | 239.27 |
| May 2019 |  |  |  | 56.22 | * Escrow Disbursement | 0.00 | 183.05 |
| Jun 2019 | 47.35 | 47.35 | 47.35 |  | * Forced Place Insur | 0.00 | 230.40 |
| Jun 2019 |  | 21.78 |  |  | * Escrow Only Payment | 0.00 | 252.18 |
| Jun 2019 |  |  |  | 56.15 | * Escrow Disbursement | 0.00 | 196.03 |
| Jul 2019 | 47.35 |  | 47.35 |  | * Forced Place Insur | 0.00 | 196.03 |
| Jul 2019 |  |  |  | 56.08 | * Escrow Disbursement | 0.00 | 139.95 |
| Aug 2019 | 47.35 | 94.70 | 47.35 |  | * Forced Place Insur | 0.00 | 234.65 |
| Aug 2019 |  | 31.83 |  |  | * Escrow Only Payment | 0.00 | 266.48 |
| Aug 2019 |  |  |  | 56.08 | * Escrow Disbursement | 0.00 | 210.40 |
| Sep 2019 | 47.35 | 47.35 | 47.35 |  | * Forced Place Insur | 0.00 | 257.75 |
| Sep 2019 |  | 17.34 |  |  | * Escrow Only Payment | 0.00 | 275.09 |
| Sep 2019 |  |  |  | 55.93 | * Escrow Disbursement | 0.00 | 219.16 |
| Oct 2019 | 47.35 | 47.35 | 47.35 | 55.86 | * Forced Place Insur | 0.00 | 210.65 |
| Nov 2019 | 47.35 | 47.35 | 47.35 | 55.78 | * Forced Place Insur | 0.00 | 202.22 |
| Dec 2019 | 47.35 | 47.35 | 47.35 | 55.71 | * Forced Place Insur | 0.00 | 193.86 |
| Dec 2019 |  | 188.75 |  |  | * Escrow Only Payment | 0.00 | 382.61 |
| Dec 2019 |  | 26.15 |  |  | * Escrow Only Payment | 0.00 | 408.76 |
| Jan 2020 | 47.35 | 47.35 | 47.35 | 55.64 | * Forced Place Insur | 0.00 | 400.47 |
| Jan 2020 |  | 197.28 |  |  | * Escrow Only Payment | 0.00 | 597.75 |
| Feb 2020 | 47.35 |  | 47.35 | 55.56 | * Forced Place Insur | 0.00 | 542.19 |
| Mar 2020 | 47.35 |  | 47.35 |  | * Forced Place Insur | 0.00 | 542.19 |

|          |         |           |        |        | Anticipated Transactions | 0.00 | 542.19 |
|----------|---------|-----------|--------|--------|--------------------------|------|--------|
| Feb 2020 |         | 47.35     |        | 55.56  | Forced Place Insur       |      | 533.98 |
| Mar 2020 |         | 47.35     |        | 55.56  | Forced Place Insur       |      | 525.77 |
|          | $568.20 | $1,178.23 | $568.20| $726.42|                          |      |        |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 568.20. Under Federal law, your lowest monthly balance should not have exceeded 94.70 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 0.00. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation                                    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: February 07, 2020

DONALD POLLAUF                                                                                  Loan: 

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 525.77 | 0.00 |
| Apr 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| May 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Jun 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Jul 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Aug 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Sep 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Oct 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Nov 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Dec 2020 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Jan 2021 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Feb 2021 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| Mar 2021 | 55.56 | 55.56 | Forced Place Insur | 525.77 | 0.00 |
| | $666.72 | $666.72 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 111.12 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 525.77. Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a surplus of 525.77. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 666.72. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 55.56 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $55.56 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 15-56488-pjs |
| Donald Charles Pollauf | Chapter 13 |
| Debtor. | Judge Phillip J. Shefferly |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on February 14, 2020 to the following:

Donald Charles Pollauf, Debtor
7220 Marsh Rd.
Marine City, MI 48039

Douglas P. Chimenti, Debtor's Counsel
gigassocattorney@gmail.com

Paul B. Gigliotti, Debtor's Counsel
ecfgigliotti@gmail.com

Nicholas R. Glaeser, Debtor's Counsel
gigliottiattorney@gmail.com

David Wm Ruskin, Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor