| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Donald Charles Pollauf |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 15-56488-pjs |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no. (if known):** 9-2

**Last 4 digits of any number you use to identify the debtor's account:** 0 5 8 6

**Date of payment change:** 04/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $ 544.07
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 55.56     New escrow payment: $ 54.62

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Donald Charles Pollauf | Case number (if known) 15-56488-pjs |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Panayitos D. Marselis
Signature

Date 02/19/2021

Print: Panayiotis D. Marselis
First Name  Middle Name  Last Name

Title: Attorney

Company: Hladik, Onorato & Federman, LLP

Address: 3290 W. Big Beaver Rd., Ste 117
Number  Street
Troy  MI  48084
City  State  ZIP Code

Contact phone (248) 362-2600

Email pmarselis@hoflawgroup.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time



DONALD POLLAUF
7220 MARSH RD
MARINE CITY MI 48039

Analysis Date: February 16, 2021      Final
Property Address: 7220 MARSH ROAD MARINE CITY, MI 48039      Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2020 to Mar 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 489.45 | 489.45 |
| Escrow Payment: | 55.56 | 54.62 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $545.01 | $544.07 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2021 |
| Escrow Balance: | 3,516.58 |
| Anticipated Pmts to Escrow: | 55.56 |
| Anticipated Pmts from Escrow (-): | 109.24 |
| Anticipated Escrow Balance: | $3,462.90 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 1,178.14 |
| Apr 2020 | 55.56 | 55.56 | 55.56 | 55.41 | * Forced Place Insur | 0.00 | 1,178.29 |
| Apr 2020 | | 391.25 | | | * Escrow Only Payment | 0.00 | 1,569.54 |
| May 2020 | 55.56 | | 55.56 | 55.33 | * Forced Place Insur | 0.00 | 1,514.21 |
| Jun 2020 | 55.56 | | 55.56 | 55.33 | * Forced Place Insur | 0.00 | 1,458.88 |
| Jul 2020 | 55.56 | | 55.56 | 55.33 | * Forced Place Insur | 0.00 | 1,403.55 |
| Aug 2020 | 55.56 | 111.12 | 55.56 | 55.33 | * Forced Place Insur | 0.00 | 1,459.34 |
| Sep 2020 | 55.56 | 55.56 | 55.56 | 55.18 | * Forced Place Insur | 0.00 | 1,459.72 |
| Oct 2020 | 55.56 | 111.12 | 55.56 | 55.10 | * Forced Place Insur | 0.00 | 1,515.74 |
| Nov 2020 | 55.56 | 111.12 | 55.56 | 54.94 | * Forced Place Insur | 0.00 | 1,571.92 |
| Nov 2020 | | 160.69 | | | * Escrow Only Payment | 0.00 | 1,732.61 |
| Dec 2020 | 55.56 | | 55.56 | 54.78 | * Forced Place Insur | 0.00 | 1,677.83 |
| Jan 2021 | 55.56 | 111.12 | 55.56 | 54.78 | * Forced Place Insur | 0.00 | 1,734.17 |
| Jan 2021 | | 1,781.47 | | | * Escrow Only Payment | 0.00 | 3,515.64 |
| Feb 2021 | 55.56 | 55.56 | 55.56 | 54.62 | * Forced Place Insur | 0.00 | 3,516.58 |
| Mar 2021 | 55.56 | | 55.56 | | * Forced Place Insur | 0.00 | 3,516.58 |
| | | | | | Anticipated Transactions | 0.00 | 3,516.58 |
| Feb 2021 | | | | 54.62 | Forced Place Insur | | 3,461.96 |
| Mar 2021 | | 55.56 | | 54.62 | Forced Place Insur | | 3,462.90 |
| | $666.72 | $3,000.13 | $666.72 | $715.37 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 666.72. Under Federal law, your lowest monthly balance should not have exceeded 111.12 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 0.00. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 3,462.90 | 0.00 |
| Apr 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| May 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Jun 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Jul 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Aug 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Sep 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Oct 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Nov 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Dec 2021 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Jan 2022 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Feb 2022 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
| Mar 2022 | 54.62 | 54.62 | Forced Place Insur | 3,462.90 | 0.00 |
|  | $655.44 | $655.44 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 109.24 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,462.90. Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a surplus of 3,462.90. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 655.44. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---:|
| Unadjusted Escrow Payment | 54.62 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $54.62 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re:

                                                          Chapter 13

**Donald Charles Pollauf,**           Case No. 15-56488-sjs

                                                          Hon. Successor to Judge Shefferly

       **Debtor(s),**

_____/

## PROOF OF SERVICE

Panayiotis D. Marselis says that on February 19, 2021, I served a copy of the Notice of Payment Change upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Douglas P. Chimenti<br>(via CM/ECF Notification)<br>15400 Nineteen Mile Road<br>Suite 115<br>Clinton Township, MI 48038-6311 | Chapter 13 Trustee<br>David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251<br>(via CM/ECF Notification) |
| Donald Charles Pollauf<br>7220 Marsh Rd.<br>Marine City, MI 48039<br>(VIA REGULAR CLASS MAIL) | |

                                                        /s/ Panayiotis D. Marselis
                                                        Hladik, Onorato & Federman, LLP
                                                        Panayiotis D. Marselis
                                                        3290 W. Big Beaver Rd., Ste. 117
                                                        Troy, MI 48084
                                                        (248) 362-2600